IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAULANN HART,

    Plaintiff,

v.

BADGER MINING CORPORATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-560-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Badger Mining Corporation against plaintiff Paulann Hart dismissing the case.

    s/ K. Frederickson, Deputy Clerk      November 16, 2018
    Peter Oppeneer, Clerk of Court      Date