UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Paulann Hart,

    Plaintiff,

v.

Badger Mining Corp.,

    Defendant.

NOTICE OF APPEAL

Case No. 17 CV 560

Notice is hereby given that Paulann Hart, Plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order and Judgment entered on November 16, 2018, in favor of Defendant, Badger Mining Corporation, and against Paulann Hart, granting Defendant's Motion for Summary Judgment and dismissal.

Dated: 12/14/18

BAKKE NORMAN, S.C.

By: _____
Peter M. Reinhardt
Attorney No. 1025187
2919 Schneider Avenue SE, P.O. Box 280
Menomonie, WI 54751-0280
(715) 235-9016
preinhardt@bakkenorman.com

Attorneys for Paulann Hart